**SO ORDERED.**

**SIGNED this 2 day of June, 2015.**

David M. Warren
United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

IN RE:

EVELYN ROBINSON                                    15-01610-5-DMW
DEBTOR(S)                                          CHAPTER 13


## NO PROTEST ORDER GRANTING RELIEF FROM
## AUTOMATIC STAY AND CO-DEBTOR STAY

**THIS MATTER** coming before the United States Bankruptcy Judge for the Eastern District of North Carolina upon the motion of Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley Home Equity Loan Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 for relief from the automatic stay and Co-Debtor stay regarding the Debtor's and James Robinson's ("Co-Debtor")  real property located at 16322 Crescent Lake Drive, Crest Hill, IL 60403;

**AND IT APPEARING** to the Court that no party in interest has objected or filed any response to the relief requested by said motion and the time for doing so has expired;

**AND IT FURTHER APPEARING** that for good cause shown relief from the automatic stay and codebtor stay should be granted to Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley Home Equity Loan Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, or any successor-in-interest, with respect to the Debtors' real property located at 16322 Crescent Lake Drive, Crest Hill, IL 60403;

**WHEREFORE, IT IS HEREBY ORDERED** that Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley Home Equity Loan Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, or any successor-in-interest, shall be granted relief from the automatic stay and codebtor stay and may proceed with foreclosure of the Debtors' real property located at 16322 Crescent Lake Drive, Crest Hill, IL 60403;

   **IT IS ALSO ORDERED** that Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley Home Equity Loan Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 may immediately enforce and implement this order granting relief from the automatic stay.

   **IT IS FURTHER ORDERED** that the Debtor is responsible for obtaining court approval of any future agreements or modifications which constitute the incurrence of debt and the Debtor shall be responsible for providing notice of any agreements or modifications which increase or reduce the Debtor's disposable income and/or which affect the ability of the Debtor to perform under the Chapter 13 Plan.

   **IT IS FURTHER ORDERED**, that the Creditor shall not be required to file a Notice of Mortgage Payment Change or a response to the Trustee's Notice of Final Cure contemplated by Rule 3002.1 of the Federal Rules of Bankruptcy Procedure.

15-070290

           End of Document