IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:
  LAURA KAY PENNINGER                         13-02510-8-DMW
                                              Chapter 13

                                              NOTICE OF APPEARANCE PURSUANT TO
                                              RULE 9010 (b) and REQUEST FOR NOTICES
                                              UNDER RULE 2002

To the Clerk of the United States Bankruptcy Court:

   **PLEASE TAKE NOTICE** and pursuant to Rule 9010 (b) of the Federal Rules of Bankruptcy Procedure enters the appearance of:

Shapiro & Ingle, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

as counsel for Wells Fargo Bank, N.A., a creditor of the above named Debtor(s).

   **REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure be mailed to counsel.

                                *s/ Matthew Zachary Phelan*
                                Matthew Zachary Phelan
                                NC Bar # 45690
                                SHAPIRO & INGLE, L.L.P.
                                10130 Perimeter Parkway, Suite 400
                                Charlotte, NC 28216
                                ncbkmail@shapiro-ingle.com
                                Phone: (704) 333-8107
                                Fax: (704) 333-8156

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:
  LAURA KAY PENNINGER                      13-02510-8-DMW
                                                                                   Chapter 13

                                                          NOTICE OF APPEARANCE PURSUANT TO
                                                          RULE 9010 (b) and REQUEST FOR NOTICES
                                                                     UNDER RULE 2002

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

| (Served via U.S. Mail) | (Served via Electronic Notification Only) |
|---|---|
| Laura Kay Penninger | Richard M Stearns |
| 6174 Rain Tree Circle | 1015 Conference Drive |
| Concord, NC 28027 | Greenville, NC 27858 |

| (Served via Electronic Notification Only) | (Served via U.S. Mail) |
|---|---|
| J. Allen Murphy | Frances G Sutton |
| Gillespie & Murphy, P.A. | 7549 NC Highway 55 West |
| Post Office Drawer 888 | Dover, NC 28526 |
| New Bern, NC 28563 | |

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

      This the 3rd day of March, 2015.

                                           *s/ Matthew Zachary Phelan*
                                           Matthew Zachary Phelan
                                           NC Bar # 45690
                                           SHAPIRO & INGLE, L.L.P.
                                           10130 Perimeter Parkway, Suite 400
                                           Charlotte, NC 28216
                                           ncbkmail@shapiro-ingle.com
                                           Phone: (704) 333-8107
                                           Fax: (704) 333-8156

13-040022